

# NUMBERS 13-20-00492-CV & 13-21-00085-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

SPEEDY CAR WASH, INCORPORATED
AND CARLOS A. GUERRA, GUARANTOR,         Appellants,

v.

GERALD SHER, SUSAN SHER,
SPECIALTY CUISINE, INC. D/B/A
ISLE WASH AND ANDREW SHER,
TRUSTEE,         Appellees.

---

### On appeal from the 107th District Court
### of Cameron County, Texas.

---

# ORDER

**Before Chief Justice Contreras and Justices Hinojosa and Silva**
**Order Per Curiam**

Appellants Speedy Car Wash, Inc. and Carlos A. Guerra, Guarantor have filed a

motion to determine sufficiency of security and motion for emergency relief seeking to

stay enforcement of the judgments in the underlying causes. *See* TEX. R. APP. P. 24.4(a)(4); *id*. R. 24.4(c). We previously granted the motion to stay enforcement of the judgment pending further order of this Court, and we requested appellees to file a response to the motion to determine sufficiency of security. *See id.* 24.4(c). Appellees have since filed a response, and appellants have filed a reply.

In reviewing the record before us, we note that the trial court has not entered a ruling determining the sufficiency of the security. Therefore, we abate the causes and remand the case to the trial court to hold a hearing and proceedings pursuant to Texas Rule of Civil Procedure 24. *See* TEX. R. APP. P. 24.4(c); *see also Kanan v. Plantation Homeowner's Ass'n, Inc.,* No. 13-11-00282-CV, 2012 WL 593067, at *1 (Tex. App.— Corpus Christi–Edinburg Feb. 21, 2012, no pet.) (mem. op.). We direct the trial court to hold a hearing on the issues pertinent to Rule 24. We direct the trial court to file its ruling and any findings and conclusions with this Court in the form of a supplemental clerk's record. We further direct appellants to file a reporter's record of the hearing on remand. The supplemental clerk's record and reporter's record are due in this Court within thirty days of this order. The motion to determine sufficiency of the security will be carried with the case, the appeal will remain abated, and the enforcement of the underlying judgment will be stayed until further order of the Court.

PER CURIAM

Delivered and filed on the
5th day of November, 2021.

2